IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA, ATLANTA DIVISION

| | | |
|---|---|---|
| DANTE GAMBOA | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-2349-MHC |
| | ) | |
| CITIBANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dante Gamboa and Defendant Citibank, National Association hereby stipulate to the dismissal of this lawsuit and the claims asserted by Plaintiff against Defendant with prejudice, each party bearing their own fees and costs.

Dated:        December 20, 2016

Respectfully Submitted,

Respectfully Submitted,

_/s/Sumeet Shah_
Sumeet Prem Shah
Georgia Bar No. 122408
CENTRONE & SHRADER, PLLC
612 W. Bay St.
Tampa, Fl 33606
Tel: (813) 360-1529
Fax: (813) 336-0832
Email: Sshah@centroneshrader.com

_Attorney for Plaintiff Dante Gamboa_

_/s Joshua H. Threadcraft_
Joshua H. Threadcraft
Georgia Bar No. 119050
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile: (204) 458-5100
Email: Joshua.threadcraft@burr.com

_Attorney for Defendant_
_Capital One Bank (USA), N.A._

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in LR 5.1.

*/s/ Sumeet Shah*
Sumeet Prem Shah
Georgia Bar No. 122408
CENTRONE & SHRADER, PLLC
612 W. Bay St.
Tampa, Fl 33606
Tel: (813) 360-1529
Fax: (813) 336-0832
Email: Sshah@centroneshrader.com

## CERTIFICATE OF SERVICE

I do hereby certify that on December 20, 2016, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the
following attorneys of record:

Joshua H. Threadcraft
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
E-mail: Joshua.Threadcraft@burr.com

/s/ Sumeet Shah
Sumeet Prem Shah
Georgia Bar No. 122408
CENTRONE & SHRADER, PLLC
612 W. Bay St.
Tampa, Fl 33606
Tel: (813) 360-1529
Fax: (813) 336-0832
Email: Sshah@centroneshrader.com